JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEREMY S. KROGER, Bar #258956
JANET BATEMAN, PA Bar #208063
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ERIC TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>   v.<br><br>ERIC TORRES,<br><br>   *Defendant.* | No. 1:12-cr-00395 AWI-BAM-1<br><br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER<br><br>Date:  May 28, 2013<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for March 11, 2013, and the associated filing dates, **may be continued to May 28, 2013 at 10:00 a.m.**

   The defense requests this extension because defense counsel is completing sentencing investigation and has two trials in the next few weeks, including an anticipated two-week trial beginning on March 19, 2013. The requested continuance will allow defense counsel to adequately prepare for the sentencing in this case. The government does not object to this continuance. Further, the parties agree formal objections may be filed on **May 20, 2013.**

///

///

///

///

1
2                                                             BENJAMIN B. WAGNER
                                                              United States Attorney
3
4   DATED: February 22, 2013              By /s/ *Kimbery Sanchez*
                                              KIMBERY A. SANCHEZ
5                                             Assistant United States Attorney
                                              Attorney for Plaintiff
6
7                                             JOSEPH SCHLESINGER
                                              Acting Federal Defender
8
9   DATED: February 22, 2013              By /s/ *Janet Bateman*
                                              JANET BATEMAN
10                                            JEREMY KROGER
                                              Assistant Federal Defenders
11                                            Attorneys for Defendant
                                              ERIC TORRES
12
13
14
15                              **ORDER**
16
17   IT IS SO ORDERED.
18
     Dated:   February 26, 2013
19                                         _____
                                           SENIOR  DISTRICT  JUDGE
20
21
22
23
24
25
26
27
28