FILED
MAR 10 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No CR-12-395-AWI |
| vs. | ) | ORDER OF RELEASE |
| ERIC TORRES | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on March 10, 2014 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 3-10-14

ANTHONY W. ISHII
U.S. District Judge

1

9/26/96 exonbnd.frm